FILED

01/11/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0548

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 20-0548

STATE OF MONTANA,

> Plaintiff and Appellee,

v.

WILLIAM JOHN HENRY,

> Defendant and Appellant.

## GRANT

Pursuant to authority granted under Mont. R. App. P. 26(1), the Appellant is given an extension of time until February 10, 2021, to prepare, file, and serve the Appellant's opening brief.

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
January 11 2021